**Harry R. JONES v. PENNSYLVANIA RAIL-ROAD COMPANY, Appellant.**

No. 9424.

Circuit Court of Appeals, Third Circuit.
Argued Dec. 1, 1947.
Decided Jan. 6, 1948.

Philip Price, of Philadelphia, Pa. (J. Peter Williams, and Barnes, Dechert, Price, Smith & Clark, all of Philadelphia, Pa., on the brief), for appellant.

Joseph S. Lord, 3rd, of Philadelphia, Pa. (Richter, Lord & Farage, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and KALODNER, Circuit Judges.

PER CURIAM.

Careful examination of the briefs and record and consideration of the oral arguments in the appeal at bar convince us that the court below did not commit reversible error in the admission or introduction of testimony or in its instructions to the jury. We conclude therefore that the judgment of the court below, 75 F.Supp. 855, must be affirmed. An order will be entered accordingly.

**G. A. BUDER, Surviving Trustee, and Arthur U. Simmons, Administrator c. t. a. of Estate of Gustav A. Franz, Deceased Cotrustee, Appellants, v. Johanna F. FISKE et al.**

No. 13631.

Circuit Court of Appeals, Eighth Circuit.
Feb. 19, 1948.

G. A. Buder, Jr., of St. Louis, Mo., and Harry C. Blanton, of Sikeston, Mo., for appellants.

Jesse T. Friday, of St. Louis, Mo., E. J. Doerner, of Tulsa, Okl., and Samuel H. Liberman, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, pursuant to stipulation of parties.

**J. D. KECK, Harry K. Stahler, E. A. Emerson, and Lewis Emerson, Appellants, v. CALIFORNIA SPRAY–CHEMICAL CORPORATION, Appellee.**

No. 11634.

Circuit Court of Appeals, Ninth Circuit.
March 3, 1948.

Nat. U. Brown, Kenneth C. Hawkins, and Brown & Hawkins, all of Yakima, Wash., for appellants.

Skeel, McKelvy, Henke, Evenson & Uhlmann and W. R. McKelvy, all of Seattle, Wash., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Gibson v. California Spray-Chemical Corp., Wash., 188 P.2d 316.